JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>NOPPADON WONGCHAIWAT<br><br>Debtor,<br><br>─────────────────<br><br>NOPPADON WONGCHAIWAT,<br><br>Appellant,<br><br>v.<br><br>BANGKOK BROADCASTING & T.V. CO., LTD.,<br><br>Appellee.<br>───────────────── | NO. CV 11-10813 SJO<br><br>Bankruptcy Case No. 10-bk-57861 RN<br>Adversary No. 11-ap-01516 RN<br><br>**ORDER AFFIRMING ORDER OF THE BANKRUPTCY COURT** |

   This matter is before the Court on Appellant Noppadon Wongchaiwat's ("Appellant") appeal of the United States Bankruptcy Court for the Central District of California's (the "Bankruptcy Court") order granting Appellee Bangkok Broadcasting and T.V. Co., Ltd.'s ("Appellee" or "Plaintiff") motion for summary judgment (the "Order"). Appellee filed an opposition brief, to which Appellant replied.

   The Court has considered all of the materials presented to this Court and all of the relevant materials before the Bankruptcy Court, including the Complaint, the briefing and exhibits on Plaintiff's Motion for Summary Judgment, the transcript of the hearing before the Bankruptcy Court

on the Motion for Summary Judgment, and the Bankruptcy Court's November 23, 2011 Order, which granted summary judgment in favor of Plaintiff based on the application of collateral estoppel. The Court has engaged in a *de novo* review of the record. Based on this review, the Order of the Bankruptcy Court is hereby **AFFIRMED**.

IT IS SO ORDERED.

Dated: July 19, 2012.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE